NO. 07-08-0238-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 11, 2009

_____

CALLIE N. LONG,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-404322; HON. BRADLEY UNDERWOOD, PRESIDING
_____

*On Motion to Dismiss*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Callie N. Long, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.